**Order filed September 28, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00869-CV
_____

**ANGELICA MARTINEZ, Appellant**

**V.**

**FALLAS PAREDES, Appellee**

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 974317**

## O R D E R

The clerk's record was filed November 07, 2011. Our review has determined that a relevant item has been omitted from the clerk's record.  *See* Tex. R. App. P. 34.5(c).  The record does not contain summary judgment evidence submitted by plaintiff and all attachment to the summary-judgment response.

The Harris County County Clerk is directed to file a supplemental clerk's record on or before October 9, 2012, containing all summary judgment evidence submitted by plaintiff and all attachment to the summary-judgment response.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM